UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 23  PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| JEANETTE YATES,<br>ESTIL YATES<br><br>v.<br><br>WYETH, INC.<br>f/k/a AMERICAN HOME<br>PRODUCTS CORPORATION | JUDGMENT IN A CIVIL CASE<br><br><br><br>CASE NO: 04-2308-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation Of Dismissal With Prejudice entered on December 19, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

12-23-05
Date

THOMAS M. GOULD

_____
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/28/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02308 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Eric Alexander
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Levi Boone
BOONE LAW FIRM, P.A.
P.O. Box 1772
Cleveland, MS 38732

Honorable Bernice Donald
US DISTRICT COURT